**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 822 MAL 2018

              Respondent                :

                                   :    Petition for Allowance of Appeal from

                                   :    the Order of the Superior Court

               v.                          :

                                   :

DECEE KARNGBAYE,                 :

                                   :

              Petitioner                 :

## **ORDER**

**PER CURIAM**

      **AND NOW**, this 29th day of May, 2019, the Petition for Allowance of Appeal is **DENIED**.